```
Court Name: EASTERN DISTRICT OF VIRGINIA
Division: 1
Receipt Number: 100004342
Cashier ID: rbroaden
Transaction Date: 10/19/2007
Payer Name: LECLAIR
------------------------------------------
CIVIL FILING FEE
 For: LECLAIR
 Amount:       $350.00
------------------------------------------
CHECK
 Remitter: LECLAIR
 Check/Money Order Num: 1908
 Amt Tendered: $350.00
------------------------------------------
Total Due:       $350.00
Total Tendered:  $350.00
Change Amt:      $0.00

FILING FEE NEW SUIT
107CV1057
```