FILED

UNITED STATES DISRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

2007 OCT 19  P 5: 05

CLERK US DISTRICT COURT
ALEXANDRIA, VIRGINIA

| | |
|---|---|
| THE UNIVERSITY OF )<br>NORTHERN VIRGINIA, INC. )<br>Plaintiff, )<br>10021 Balls Ford Road )<br>Manassas, Virginia 20109 )<br>v. )<br>)<br>ACCREDITING COUNCIL FOR )<br>INDEPENDENT COLLEGES AND )<br>SCHOOLS )<br>Defendant. )<br>)<br>Serve: )<br>Kenneth J. Ingram )<br>Registered Agent )<br>3190 Fairview Park Drive, Suite 300 )<br>Falls Church, Virginia 22042 )<br>_____ ) | Civil Action No. 1:07CV1057 |

## PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTIVE RELIEF

Pursuant to Fed. R. Civ. P. 65 and Local Rule 7, Plaintiff, the University of Northern Virginia ("UNVA"), respectfully moves this Court for a Preliminary Injunction requiring Defendant, Accrediting Council of Independent Colleges and Schools (ACICS), to reinstate and maintain UNVA's accreditation as an institution of higher learning while this case is pending. In support of its motion, UNVA refers to the Verified Complaint, the accompanying Memorandum in Support of Preliminary Injunctive Relief, and the declarations attached thereto.

Respectfully submitted,

THE UNIVERSITY OF NORTHERN VIRGINIA, INC.
By counsel

LECLAIRRYAN
A Professional Corporation

By: /s/
R. Scott Caulkins (VSB No. 23584)
Lee E. Goodman (VSB No. 31695)
Joanna L. Faust (VSB No. 72930)
225 Reinekers Lane, Suite 700
Alexandria, Virginia 22314
(703) 684-8007 (Telephone)
(703) 684-8075 (Fax)
*Counsel for Plaintiff*