UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| THE UNIVERSITY OF NORTHERN VIRGINIA, INC. )<br><br>Plaintiff )<br><br>v. )<br><br>ACCREDITING COUNCIL FOR INDEPENDENT COLLEGES AND SCHOOLS, INC. )<br><br>Defendant. ) | Civil Action No. _____ |

## DECLARATION OF IRENA DJORDJEVIC-BEHERY

1.    My name is Irena Djordjevic-Behery. I am over the age of 18, and I have personal knowledge of the matters set forth in this declaration.

2.    I am the Student Admissions Manager of the Manassas Campus, University of Northern Virginia (UNVA).  In December 2005, I began working for UNVA as an admissions counselor.  In July 2007, I became the Student Admissions Manager.

3.    As Student Admissions Manager, I am in charge of the entire management and operations of the Manassas Campus, UNVA admissions office.  I review every application prior to submitting it to the Admissions Committee to determine whether each applicant meets the UNVA criteria for admissions, and I am a member of the admissions committee.

4.    UNVA's denial of accreditation by the American Council on Independent Schools & Colleges (ACICS) on August 7, 2007, has had a negative impact on UNVA's Manassas Campus admissions.



5.   Prior to the ACICS denial, the number of applications UNVA received for the Manassas

Campus had been increasing at a slow pace (on the average 10- 20% increase every

term). Then, for the Fall 2007 term, UNVA received close to 600 applications, which is

the largest number of applications UNVA has ever received and reflects a 45 percent

increase in applications from the previous term and just over a 30 percent increase in

applications from the Fall 2006 term.

6.   Due to the Fall 2007 increase in applications, I advertised for two additional Admissions

Counselor positions and hired a part-time database entry specialist/administrative

assistant to help UNVA process the large number of applications.

7.   After the announcement that ACICS denied UNVA's accreditation in August 2007, the

interest in UNVA immediately decreased, admitted applicants did not want to enroll, and

many applicants who had not yet completed their applications were not willing to

continue with the admissions process.  Many applicants would not return telephone

messages or respond to emails from UNVA regarding their applications and admissions.

Only a little over half of the applicants that were admitted enrolled in UNVA for the Fall

2007 term.

8.   Currently, UNVA Manassas Campus is recruiting for the Winter 2008 term.  At this time,

UNVA is receiving on the average 7 to 10 applications a week, as compared to the

previous term when UNVA received around 30 to 40 applications a week.  At this point,

there have been only 147 applications for the Winter 2008 term.  The current deadline for

submitting applications for the Winter 2008 term is November 30, 2007 and if the current

pace continues, the number of applications that we will receive will be down by almost

eighty percent as compared to the previous term.  Based on the declining number of

applications, and the increasing number of applicants who have not responded to UNVA's inquiries about their applications, UNVA is in jeopardy of having a significantly depleted student body by the Winter 2008 term.

9.  ACICS's denial of accreditation has and will continue to directly harm our ability to recruit new students.  It is impossible to determine the full extent of the impact this denial will continue to have on our admissions.

I swear, upon penalty of perjury, that the above is true and accurate to the best of my knowledge.

10.18.2007

IRENA DJORDJEVIC-BEHERY