FILED

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

2007 OCT 19  P 5: 05

CLERK US DISTRICT COURT
ALEXANDRIA, VIRGINIA

THE UNIVERSITY OF NORTHERN
VIRGINIA, INC.

Plaintiff,

v.                                                          Civil Action No. 1:07cv1057

ACCREDITING COUNCIL FOR
INDEPENDENT COLLEGES AND
SCHOOLS

Defendants.

## FINANCIAL INTEREST DISCLOSURE STATEMENT

Pursuant to Local Rule 7.1 of the Eastern District of Virginia and to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for The University of Northern Virginia, Inc. in the above captioned action, certifies that there are no parents, trusts, subsidiaries and/or affiliates of said party that have issued shares or debt securities to the public or publicly held entities that own more than ten percent of the stock of The University of Northern Virginia, Inc.

Dated: 10/19/07

R. Scott Caulkins, VSB 23584