AO 440 (Rev. 8/01) Summons in a Civil Action

ORIGINAL

# UNITED STATES DISTRICT COURT

**FILED**

Eastern   District of   Virginia

Alexandria Division

The University of Northern Virginia, Inc.

2007 OCT 26  A 11: 09

V.

**SUMMONS IN A CIVIL CASE**

CLERK US DISTRICT COURT
ALEXANDRIA, VIRGINIA

Accrediting Council for Independent
Colleges and Schools

CASE NUMBER: 1:07cv1057

TO: (Name and address of Defendant)

Accrediting Council for Independent
Colleges and Schools
   Serve:  Kenneth J. Ingram
        Registered Agent
        3190 Fairview Park Drive, Suite 300
        Falls Church, Virginia 22042

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

R. Scott Caulkins
LeClairRyan
225 Reinekers Lane, Suite 700
Alexandria, Virginia 22314

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Fernando Galindo                                  October 23, 2007
CLERK                                              DATE

/s/ Valerie A. Ward
(By) DEPUTY CLERK

◊AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE 10/25/07 |
| NAME OF SERVER (PRINT) DESMOND R. WILTSHIRE | TITLE PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: 3190 Fairview Pk. Dr. Ste 400 Falls Church, VA 22042

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES $90.00 | TOTAL $90.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  10/25/07
          Date

*Signature of Server*

4514 Hamilton Dr.
Dale City, VA 22193

*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.