# TITLE III

# Chapter 4  STANDARDS FOR ACADEMIC ASSOCIATE'S DEGREE PROGRAMS

## INTRODUCTION

In addition to the general standards in Chapter 1, which apply to all institutions, the following standards apply specifically to academic associate's degree programs. All Associate of Art and Associate of Science degree programs are academic associate's degree programs. Any other associate's degree programs that include at least 15 semester hours, 22.5 quarter hours, or the equivalent of general education also are considered to be academic associate's degree programs. Institutions that offer academic associate's degree programs are collegiate institutions, and only those institutions that offer academic associate's degree programs may refer to themselves as junior colleges.

## 3-4-100–STATE AUTHORITY

The institution must be legally authorized by the appropriate state education agency, where such authority exists, to confer the associate's degree.

## 3-4-200–EDUCATIONAL ACTIVITIES

**3-4-201.** *Objectives.* The objectives of an associate's degree program reflect the application of an institution's mission to its constituencies. An institution applying for the inclusion of an academic associate's degree program shall demonstrate that its programs, courses, and services are appropriate to its mission and to its specific goals and objectives.

Programs at collegiate institutions should emphasize both the achievement of vocational objectives and general education. This emphasis requires courses in general education that are both quantitatively and qualitatively relevant to the chosen degree.

**3-4-202.** *Education Requirements.* The minimum number of credits required for the academic associate's degree shall be 60 semester hours, 90 quarter hours, or their equivalent, normally earned over a period of four semesters, six quarters, or the equivalent. Transfer and award of credit for appropriate work at other institutions may be granted.

There shall be a minimum of 30 semester hours, 45 quarter hours, or their equivalent in courses within the areas of concentration; and a minimum of 15 semester hours, 22.5 quarter hours, or their equivalent in general education courses. Courses within the area of concentration of the subject matter of the program shall not be considered general education courses. The catalog must identify the courses that satisfy the concentration and general education requirements, and it must provide an explanation of the course numbering system.

General education and academic subject offerings, as distinguished from the professional or vocational offerings of a collegiate institution, shall place emphasis on principles and theory and not on practical applications associated with a particular occupation or profession. General education courses give balance to the total program and must be appropriate for the program and the needs of the students. The Council's expectations for general education, humanities, mathematics and the sciences, and social sciences are outlined in the Glossary section.

**3-4-203.** *Curriculum.* The curriculum shall quantitatively and qualitatively approximate the

EX. A, PART III

standards at other collegiate institutions offering academic associate's degrees. It should help students acquire necessary skills such as reading, writing, communicating, critical thinking, and the basic use of computers. Instructional procedures, texts, materials, and technology shall be appropriate to the purposes, curriculums, and standards of collegiate institutions. Evidence shall be provided that curricular offerings require appropriate use of library resources.

**3-4-204.** *Enrollment.* Enrollment in the second year of a two-year program must be sufficient to support regularly scheduled classes and laboratory work. Second-year work shall be based upon appropriate first-year prerequisites.

## 3-4-300–FACULTY

**3-4-301.** *Preparation.* The institution shall have an adequate and competent faculty working under conditions that encourage the best efforts of each individual. In judging competence, consideration shall be given to the academic preparation and experience of each instructor.

**3-4-302.** *Assignments.* During any academic term, a faculty member shall not be assigned to teach in more than three fields of instruction. The size of the faculty shall be appropriate to the total student enrollment.

Instructors teaching general education shall hold a bachelor's degree at a minimum and shall be assigned based on their major and minor academic preparation. Instructors at a minimum shall have earned 15 semester or equivalent hours of coursework through a combination of hours from associate's, bachelor's, and/or graduate level coursework in the area of their teaching assignment.

Instructors teaching courses other than general education shall hold bachelor's degrees at a minimum and shall be assigned based on their major and minor academic preparation and/or related experience.

However, exceptions to the bachelor's degree requirement may be justified for instructors who have demonstrable current exceptional professional level experience in the assigned field, professional certification(s), letters of recommendation or attestations from previous employer(s), letters attesting to this expertise from professional peers not connected to the college, real examples of previous success in the field such as published work, juried exhibits and shows, evidence of a professional portfolio accepted by the college and available for review, and other significant documented experience relevant to the courses to be taught. Minor or related degrees could be considered but will not be the sole determining factor. Duration of time associated with this alternative justification is dependent on the quality and significance of the work experience. The institution must be able to justify the assignment of any instructor who does not hold a bachelor's degree in the assigned teaching field.

In addition to the bachelor's degree requirements outlined above, at least one-half of the courses, including those core courses common to nonacademic degree or nondegree programs, shall be taught by faculty members holding graduate degrees, professional degrees such as J.D. or M.D., or bachelor's degrees plus professional certification. This calculation does not apply, however, to courses in fields in which graduate degrees, professional degrees, or professional certifications are not generally available.

**3-4-303.** *Teaching Load.* Teaching loads shall be reasonable and shall be justified by factors such as the number of different preparations required; the type and method of instruction; the size of classes; the level of instruction; the qualifications of the instructor; the academic advising, committee membership, and guidance and student organizations assigned; and the other administrative, research, publication, and community relations responsibilities of the instructor.

**3-4-304.** *Stability.* There shall be an adequate core of full- and part-time faculty to ensure sound direction and continuity of development for the educational programs. The institution

shall demonstrate through outcomes, length of service, reasonable retention of faculty, and other measures that the core faculty ensures that the institution will meet its stated mission and objectives. The institution shall promote stability in the faculty through compensation, fringe benefits, professional growth opportunities, and other incentives.

## 3-4-400–LIBRARY, INSTRUCTIONAL RESOURCES, AND TECHNOLOGY

**3-4-401.** *Staff.* A professionally trained individual shall supervise and manage library and instructional resources, facilitate their integration into all phases of the institution's curricular and educational offerings, and assist students in their use. A professionally trained individual is one who holds a bachelor's or master's degree in library or information science or a comparable program, or state certification to work as a librarian, where applicable. The professionally trained individual must participate in documented professional growth activities.

During scheduled library hours, there shall be a trained individual on duty to supervise the library and to assist students with library functions. This individual shall be competent both to use and to aid in the use of the library technologies and resources.

**3-4-402.** *Budget.* An annual library budget, appropriate to the size and scope of the institution and the programs offered, shall be established and the allocation expended for the purchase of books, periodicals, library equipment, and other resource and reference materials.

**3-4-403.** *Function.* The library function is shaped by the educational programs of the college. Appropriate reference, research, and information resources must be made available to provide basic support for curricular and educational offerings and to enhance student learning.

**3-4-404.** *Use and Accessibility.* The faculty should inspire, motivate, and direct student usage of the library resources. The library's adequacy ultimately is determined by the extent to which physical and/or online resources including full-text resources support all the courses offered by the institution.

For library resources, the Dewey Decimal System, Library of Congress classification system, or other appropriate system of classification should be used. Records of physical and/or online circulation and inventory shall be current and accurate and must be maintained to assist staff and faculty in evaluating the adequacy and utilization of the physical and/or online resources including full-text holdings.

Physical and/or online, full-text library materials and services must be available at times consistent with the typical student's schedule in both day and evening programs. If computer software is utilized on site, a sufficient number of terminals shall be provided for student use. If interlibrary agreements are in effect, provisions for such use must be practical and accessible and use must be documented. In determining the appropriateness of such agreements, consideration will be given to the nature of the participating library's collection, provisions for interlibrary loans, and the degree of accessibility to the students. A college's library must contain, at a minimum, a core collection of physical and/or online resources including full-text reference materials appropriate for the offerings of the institution.

**3-4-405.** *Holdings.* A collegiate library shall contain up-to-date physical and/or online resources including full-text titles appropriate for the size of the institution and the breadth of and enrollment in its educational programs. The library collection shall include holdings on the Humanities, Arts, Social Sciences, and Sciences, including mathematics; magazines and essential professional journals and periodicals; and, when appropriate, online data networks and retrieval systems, CD-ROMs, and interactive research systems that support the offerings of the institution.

**3-4-406.** *Acquisitions.* Library acquisitions are the joint responsibility of the faculty and library

staff, with the greater amount of input emanating
from the faculty.

# TITLE III

## Chapter 5   STANDARDS FOR BACHELOR'S DEGREE PROGRAMS

### INTRODUCTION

In addition to the general standards in Chapter 1, which apply to all institutions, the following standards apply specifically to bachelor's degree programs. Institutions that offer bachelor's degree programs are considered to be collegiate institutions, and only those institutions that offer bachelor's degree programs may refer to themselves as senior colleges.

### 3-5-100–STATE AUTHORITY

The institution must be legally authorized by the appropriate state education agency, where such authority exists, to confer the bachelor's degree.

### 3-5-200–EDUCATIONAL ACTIVITIES

**3-5-201.** *Objectives.* The objectives of a bachelor's degree program reflect the application of an institution's mission to its constituencies. An institution applying for the inclusion of a bachelor's degree program shall demonstrate that its programs, courses, and services are appropriate to its mission and to its specific goals and objectives.

Programs at collegiate institutions should emphasize both the achievement of vocational objectives and general education. This emphasis requires courses in general education that are both quantitatively and qualitatively relevant to the chosen degree.

**3-5-202.** *Education Requirements.* The minimum number of credits required for the bachelor's degree shall be 120 semester hours, 180 quarter hours, or their equivalent, normally earned over a period of eight semesters, 12 quarters, or their equivalent. Transfer and award of credit for appropriate work at other institutions may be granted.

There shall be a minimum of 60 semester hours, 90 quarter hours, or their equivalent within the areas of concentration; and a minimum of 36 semester hours, 54 quarter hours, or their equivalent in general education courses. Courses within the area of concentration of the subject matter of the program shall not be considered general education courses. The catalog must identify the courses that satisfy the concentration and general education requirements and those that are upper-division courses, and it must provide an explanation of the course numbering system. The catalog must state the expectations for all four years of the bachelor's degree curriculum and comply with Appendix C, Guidelines for Institutional Publications. If the institution offers only the last two years of the bachelor's degree program, the catalog and all advertising materials must clearly describe the requirements for admission, including requirements for the completion of necessary prerequisite courses and general education courses to ensure that the student will complete all of the requirements for the bachelor's degree upon graduation.

General education and academic subject offerings, as distinguished from the professional or vocational offerings of a collegiate institution, shall place emphasis on principles and theory and not on practical applications associated with a particular occupation or profession. General education courses give balance to the total program and must be appropriate for the program and the needs of the students. The Council's expectations for general education, humanities,

mathematics and the sciences, and social sciences are outlined in the Glossary section.

**3-5-203.** *Curriculum.* The curriculum shall quantitatively and qualitatively approximate the standards at other collegiate institutions offering bachelor's degrees.   It should help students acquire necessary skills such as reading, writing, communicating, critical thinking, and the basic use of computers. Instructional procedures, texts, materials, and technology shall be appropriate to the purposes, curriculums, and standards of collegiate institutions. Evidence shall be provided that curricular offerings require appropriate use of library resources.

**3-5-204.** *Enrollment.* Enrollment in upper-division courses must be sufficient to support regularly scheduled and conducted classes and laboratory work.   Upper-division work shall be offered and shall be based upon appropriate prerequisites.

**3-5-300–FACULTY**

**3-5-301.** *Preparation.* The institution shall have an adequate and competent faculty working under conditions that encourage the best efforts of each individual. In judging competence, consideration shall be given to the academic preparation and experience of each instructor.

**3-5-302.** *Assignments.* During any academic term, a faculty member shall not be assigned to teach in more than three fields of instruction and preferably in not more than two fields. The size of the faculty shall be appropriate for the total student enrollment.

Instructors teaching general education shall hold a bachelor's degree at a minimum and shall be assigned based on their major and minor academic preparation. Instructors at a minimum shall have earned 15 semester or equivalent hours of coursework through a combination of hours from associate's, bachelor's, and/or–graduate level coursework in the area of their teaching assignment.

Instructors teaching courses other than general education shall ~~should~~ hold bachelor's degrees at a minimum and shall be assigned based on their major and minor academic preparation and/or related experience. However, exceptions to the bachelor's degree requirement may be justified for instructors who have demonstrable current exceptional professional level experience in the assigned field, such as documented coursework in the field, professional certification(s), letters of recommendation or attestations from previous employer(s), letters attesting to this expertise from professional peers not connected to the college, real examples of previous success in the field such as published work, juried exhibits and shows, evidence of a professional portfolio accepted by the college and available for review, and other significant documented experience relevant to the courses to be taught. Minor or related degrees could be considered but will not be the sole determining factor.   Duration of time associated with this alternative justification is dependent on the quality and significance of the work experience. The institution must be able to justify the assignment of any instructor who does not hold a bachelor's degree in the assigned teaching field.

In addition to the bachelor's degree requirements outlined above, at least one-half of all lower-division courses and all upper-division courses, including those core courses common to nonacademic degree or nondegree programs, shall be taught by faculty members holding graduate degrees, professional degrees such as J.D. or M.D., or bachelor's degrees plus professional certification. This calculation does not apply, however, to courses in fields in which graduate degrees, professional degrees, or professional certifications are not generally available.

**3-5-303.** *Teaching Load.* Teaching loads shall be reasonable and shall be justified by factors such as the number of different preparations required; the type and method of instruction; the size of classes; the level of instruction; the qualifications of the instructor; the academic advising, committee membership, and guidance and student

organizations assigned; and the other administrative, research, publication, and community relations responsibilities of the instructor.

**3-5-304.** *Stability.* There shall be an adequate core of full- and part-time faculty to ensure sound direction and continuity of development for the educational programs. The institution shall demonstrate through outcomes, length of service, reasonable retention of faculty, and other measures that the core faculty ensures that the institution will meet its stated mission and objectives. The institution shall promote stability in the faculty through compensation, fringe benefits, professional growth opportunities, and other incentives.

## 3-5-400–LIBRARY, INSTRUCTIONAL RESOURCES, AND TECHNOLOGY

**3-5-401.** *Staff.* A professionally trained individual shall supervise and manage library and instructional resources, facilitate their integration into all phases of the institution's curricular and educational offerings, and assist students in their use. A professionally trained individual is one who holds a bachelor's or master's degree in library or information science or a comparable program, or state certification to work as a librarian, where applicable. The professionally trained individual must participate in documented professional growth activities.

During scheduled library hours, there shall be a trained individual on duty at all times to supervise the library and to assist students with library functions. This individual shall be competent both to use and to aid in the use of the library technologies and resources.

**3-5-402.** *Budget.* An annual library budget, appropriate to the size and scope of the institution and the programs offered, shall be established and the allocation expended for the purchase of books, periodicals, library equipment, and other resource and reference materials.

**3-5-403.** *Function.* The library function is shaped by the educational programs of the college. Appropriate reference, research, and information resources must be made available to provide basic support for curricular and educational offerings and to enhance student learning.

**3-5-404.** *Use and Accessibility.* The faculty should inspire, motivate, and direct student usage of the library resources. The library's adequacy ultimately is determined by the extent to which physical and/or online resources including full-text resources support all the courses offered by the institution.

For library resources, the Dewey Decimal System, Library of Congress classification system, or other appropriate system of classification should be used. Records of physical and/or online circulation and inventory shall be current and accurate and must be maintained to assist staff and faculty in evaluating the adequacy and utilization of the physical and/or online resources including full-text holdings.

Physical and/or online, full-text library materials and services must be available at times consistent with the typical student's schedule in both day and evening programs. If computer software is utilized on site, a sufficient number of terminals shall be provided for student use. If interlibrary agreements are in effect, provisions for such use must be practical and accessible and use must be documented. In determining the appropriateness of such agreements, consideration will be given to the nature of the participating library's collection, provisions for interlibrary loans, and the degree of accessibility to the students. A college's library must contain, at a minimum, a core collection of physical and/or online resources including full-text reference materials appropriate for the offerings of the institution.

**3-5-405.** *Holdings.* A collegiate library shall contain up-to-date physical and/or online resources including full-text titles appropriate for the size of the institution and the breadth of and enrollment in its educational programs. The library collection shall include holdings on the

Humanities, Arts, Social Sciences, and Sciences, including mathematics; magazines and professional journals and periodicals; and, when appropriate, online data networks and retrieval systems, CD-ROMs, and interactive research systems that support the offerings of the institution.

**3-5-406.** *Acquisitions.* Library acquisitions are the joint responsibility of the faculty and library staff, with the greater amount emanating from the faculty.

**This Page Left Intentionally Blank.**

# TITLE III

## Chapter 6     STANDARDS FOR
MASTER'S DEGREE PROGRAMS

### INTRODUCTION

In addition to the general standards in Chapter 1, which apply to all institutions, the following standards apply specifically to master's degree programs.

### 3-6-100–NATURE OF GRADUATE EDUCATION

The awarding of a master's degree signifies that, in the judgment of the faculty, the student has attained specialized competence which qualifies the recipient for opportunities and additional responsibilities not ordinarily available to the baccalaureate degree recipient. To make a graduate program distinctive, a component designed to teach research skills should be included.

### 3-6-200–STATE AUTHORITY

The institution must be legally authorized by the appropriate state education agency, where such authority exists, to confer the master's degree.

### 3-6-300–ORGANIZATION AND ADMINISTRATION

**3-6-301.** *Committee Oversight.* The responsibility for developing, modifying, and maintaining the graduate program shall be performed by a qualified designated committee to include, but not restricted to, students, faculty, administrators, and employers.

**3-6-302.** *Program Administration.* The administration of the graduate program shall be performed by a qualified individual with appropriate administrative and educational background and experience for the direction of a graduate program. The duties of this individual may be full- or part-time with adequate staff support.

### 3-6-400–EDUCATIONAL ACTIVITIES

**3-6-401.** *Objectives.* The objectives of a master's degree program reflect the application of an institution's mission to its constituencies. An institution applying for the inclusion of a master's degree program shall demonstrate that its programs, courses, and services are appropriate to its mission and to its specific goals and objectives. Master's degree programs should emphasize both mastery of subject matter and an understanding of related research and research methodology. This emphasis implies development of the student's ability to integrate and apply the subject matter.

**3-6-402.** *Program Development.* Graduate faculty must be directly involved in the development and modification of master's degree program policies, procedures, and curricula. Flexible instructional approaches and scheduling patterns are encouraged in developing innovative graduate programs in order to serve varying student groups and their special needs.

**3-6-403.** *Education Requirements.* The minimum number of credits required for the master's degree shall be 30 semester hours, 45 quarter hours, or their equivalent, of course work plus a thesis at the graduate level; or 36 semester hours, 54 quarter hours, or their equivalent, of course work at the graduate level if a thesis is not required. The master's degree normally is earned over three semesters, five quarters, or the

equivalent. The catalog must provide an explanation of the course numbering system.

**3-6-404.** *Curriculum.* The curriculum shall quantitatively and qualitatively approximate the standards at other institutions offering master's degrees. Instructional procedures, texts, materials, and technology shall be appropriate to the purposes, curriculums, and standards of collegiate institutions. Evidence shall be provided that curricular offerings require the appropriate use of library resources.

**3-6-405.** *Enrollment.* Enrollment in graduate-level courses must be sufficient to support regularly scheduled and conducted classes and laboratory work. Graduate-level courses shall be offered and shall be based on appropriate prerequisites.

## 3-6-500–FACULTY

**3-6-501.** *Preparation.* The institution shall have an adequate and competent faculty working under conditions that encourage the best efforts of each individual. In judging competence of faculty, consideration shall be given to the academic preparation and experience of each instructor.

**3-6-502.** *Assignments.* Instructors shall be assigned in terms of their major and minor areas of academic preparation and related experience. The size of the faculty shall be appropriate for the graduate enrollment. All master's program faculty should have appropriate graduate degrees, and the number with terminal degrees should be appropriate for the graduate enrollment. At least one-half of the graduate-level courses are to be taught by faculty possessing terminal degrees. Professional certification is not a substitute for a terminal degree. The institution also should encourage graduate faculty members to engage in scholarly research and to publish in professional journals.

Faculty who do not possess appropriate graduate degrees may be assigned to teach in master's degree programs if they have exceptional practical or professional experience in the assigned field or if the assigned field is one in which graduate

degrees are not widely available. In either case, the burden is on the institution to demonstrate and justify the qualifications of the faculty to teach their assigned courses. Faculty assigned under this exception are not considered to have the equivalent of a terminal degree.

**3-6-503.** *Teaching Load.* Teaching loads shall be reasonable and shall be justified by factors such as the number of different preparations required; the type and method of instruction; the size of classes; the level of instruction; the qualifications of the instructor; the academic advising, committee membership, and guidance and student organizations assigned; and the other administrative, research, publication, and community relations responsibilities of the instructor.

**3-6-504.** *Stability.* There shall be an adequate core of full- and part-time faculty to ensure sound direction and continuity of development for the educational programs. The institution shall demonstrate through outcomes, length of service, reasonable retention of faculty, and other measures that the core faculty ensures that the institution will meet its stated mission and objectives. The institution shall promote stability in the faculty through compensation, fringe benefits, professional growth opportunities, and other incentives.

## 3-6-600–ADMISSIONS

**3-6-601.** *Enrollment Prerequisites.* The threshold admission requirement to a master's degree program is a baccalaureate degree.

**3-6-602.** *Evaluation of Applicants.* Institutions should use appropriate techniques to evaluate applicants and to determine whether they have the academic qualifications to benefit from graduate study.

**3-6-603.** *Transfer of Credit.* Transfer of credit for appropriate master's-level course work from another institution may be granted according to the policy established by the institution. No more than one-half of the credits required for the

master's degree may be transferred from another institution.

**3-6-604.** *Conformance to Institutional Objectives.* Admissions procedures, transfer policies, and requirements for graduation shall be consistent with the overall philosophy and objectives of the institution.

## 3-6-700–LIBRARY, INSTRUCTIONAL RESOURCES, AND TECHNOLOGY

**3-6-701.** *Staff.* A professionally trained individual shall supervise and manage library and instructional resources, facilitate their integration into all phases of the institution's curricular and educational offerings, and assist students in their use. A professionally trained individual is one who holds a M.L.S. degree or the equivalent, with special qualifications to aid students in research. The professionally trained individual must participate in documented professional growth activities.

There shall be a professionally trained individual on duty for sufficient hours, as published by the institution, to support the programs and to assist students with library functions and research. This individual shall be competent both to use and to aid in the use of the library technologies and resources.

**3-6-702.** *Budget.* An annual library budget, appropriate to the size and scope of the institution and the programs offered, shall be established and the allocation expended for the purchase of books, periodicals, library equipment, and other resource and reference materials.

**3-6-703.** *Function.* The library function is shaped by the educational programs of the institution. Institutions offering master's degree programs shall provide access to substantially different library resources in terms of their depth and breadth from those required for baccalaureate degree programs.

These resources shall include bibliographic and monographic references, major professional journals and reference services, research and methodology materials, and, as appropriate, information technologies. The depth and breadth of the accessible library holdings shall be such as to exceed the requirements of the average student in order to encourage the intellectual development of superior students and to enrich the professional development of the faculty.

Appropriate reference, research, and information resources must be made available to enhance, augment, and support the curricular and educational offerings and to enhance student learning. The resources shall include the study, reading, and information technology facilities necessary to make the educational programs effective.

**3-6-704.** *Use and Accessibility.* It is the faculty's responsibility to inspire, motivate, and direct student usage of the library resources. The library's adequacy ultimately is determined by the extent to which physical and/or online, full-text resources support all the courses offered by the institution.

For library resources, the Dewey Decimal System, Library of Congress classification system, or other appropriate system of classification should be used. Records of physical and/or online circulation and inventory shall be current and accurate and must be maintained to assist staff and faculty in evaluating the adequacy and utilization of the physical and/or online, full-text holdings.

Physical and/or online, full-text library materials and services must be available at times consistent with the typical student's schedule in both day and evening programs. If computer software is utilized on site, a sufficient number of terminals shall be provided for student use. If interlibrary agreements are in effect, provisions for such use must be practical and accessible and use must be documented. In determining the appropriateness of such agreements, consideration will be given to the uniqueness of the lending library's collection, provisions for interlibrary loans, and the degree of accessibility to the students. A college's library must contain, at a minimum, a core collection of

physical and/or on-line, full-text reference materials appropriate for the offerings of the institution.

**3-6-705.** *Holdings.* The library shall support the academic programs and the intellectual and cultural development of students, faculty, and staff; shall provide current and appropriate physical and/or online, full-text resources for the size of the institution and the breadth of and enrollment in its educational programs; shall provide, when appropriate, on-line data networks and retrieval systems, CD-ROMs, and interactive research systems; and shall be capable of supporting an understanding of scholarly research and/or scholarly research at the graduate level.

**3-6-706.** *Acquisitions.* Library acquisitions are the joint responsibility of the faculty and library staff, with the greater amount of input emanating from the faculty.

**3-6-800–PUBLICATIONS**

There shall be a separate section in the institution's catalog describing the master's degree objectives, program requirements, admissions procedures, transfer policies, graduation requirements, regulations, and course descriptions.

# TITLE III

## Chapter 7     STANDARDS FOR DOCTORATE DEGREE PROGRAMS

### INTRODUCTION

In addition to the general standards in Chapter 1, which apply to all institutions, the following standards apply specifically to doctorate degree programs. Institutions may confer only professionally-oriented doctorate degrees. These include degrees such as the J.D., Ed.D., DFA, DBA, etc., but excluding the Ph.D.

### 3-7-100–NATURE OF DOCTORATE EDUCATION

The awarding of a professional doctorate degree signifies that, in the judgment of the faculty, the student has attained specialized and practical competence which qualifies the recipient for opportunities and additional responsibilities beyond the master's degree level.

The doctorate degree is to be professionally oriented and must include the following:

(a)     coursework which heightens the level of professional expertise in the area or field of study sought.

(b)     an understanding of appropriate research methods relevant to the area or field of study sought. Original research, however, is not necessary.

(c)     evidence that the coursework enables graduates to function/perform in the area or field of study sought.

To make a doctorate program distinctive, a component shall be designed to include practical research or a capstone project, or thesis, or other required academic activities. A doctorate degree program is further designed to provide the mastery of a subject, theory, and methodology in a specific field of study.

### 3-7-200–STATE AUTHORITY

The institution must be legally authorized by the appropriate state or national education agency, where such authority exists, to confer the doctorate degree.

### 3-7-300–ORGANIZATION AND ADMINISTRATION

**3-7-301.**     *Committee Oversight.* The responsibility for developing, modifying, and maintaining the doctorate degree program shall be carried out by a qualified designated committee to include, but not restricted to, faculty and administrators who, at a minimum, possess a doctoral/terminal professional degree in a related subject area. In addition, the committee shall include other professionals or practitioners (between three and five individuals) with similar qualifications not directly employed or affiliated with the institution.

**3-7-302.**     *Program Administration.* The administration of the doctorate degree program shall be the responsibility of a qualified individual with appropriate administrative and educational background and experience related to a doctorate degree program. These qualifications must include a doctoral/terminal professional degree in a related subject area. The duties of this individual should be full-time with adequate staff support. The program must require students to work with a well-qualified and credentialed committee knowledgeable in methods of research and in the subject matter, chaired by an

appropriately credentialed individual with expertise in the program area.

### 3-7-400–EDUCATIONAL ACTIVITIES

**3-7-401.** *Objectives.* The objectives of a doctorate degree program reflect the application of an institution's mission to its constituencies. An institution applying for the inclusion of a doctorate degree program shall demonstrate that its programs, courses, and services are appropriate to its mission and to its specific goals and objectives. Doctorate degree programs should emphasize both mastery of subject matter and an understanding of related research and research methodology. This emphasis implies development of the student's ability to integrate and apply original (if appropriate) and practical research into the subject matter.

Doctorate degrees must emphasize the practical application of the research conducted and specific program objectives must be clearly stated.

**3-7-402.** *Program Development.* Doctorate faculty must be directly involved in the development and modification of a doctorate degree program's policies, procedures, and curricula. Flexible instructional approaches and scheduling patterns are encouraged in developing innovative doctorate degree programs to serve varying students and their needs. The learning objectives must be advanced and provide the depth of practical learning or research.

**3-7-403.** *Education Requirements.* The number of credits required for the doctorate degree shall be, at a minimum, 90 semester hours, 120 quarter hours, or their equivalent, of course work beyond the bachelor's degree, plus a capstone project or other required academic or professional activities.

The doctorate degree normally is earned over three to five years or the equivalent. Statutes of limitations for program completion must be clearly disclosed to students and included in the institutional catalog, as well as on the enrollment agreement.

The catalog must provide a detailed explanation of the required courses in the program, as well as a description of the required activities and research elements necessary to complete the program.

**3-7-404.** *Curriculum.* The curriculum shall quantitatively and qualitatively approximate the standards at other institutions offering comparable degrees. Instructional procedures, texts, materials, and technology shall be appropriate to the purposes, curriculums, and standards of collegiate institutions. Evidence shall be provided that curricular offerings require the appropriate use of research and library resources.

The program must be designed for each student to accomplish specified goals and objectives and contribute to competence in the subject area or profession at an advanced level. Such activities and requirements must be approved by a designated individual and at least two additional individuals within the respective field of study with appropriate credentials.

The capstone project or other required academic or professional activities must be reviewed, evaluated, and assessed by a committee as described above. At least one individual on the committee must be from another appropriately accredited institution within the subject area.

**3-7-405.** *Enrollment.* Enrollment must be sufficient to support regularly scheduled and conducted classes and coursework. Doctorate-level courses shall be offered and shall be based on appropriate prerequisites.

### 3-7-500–FACULTY

**3-7-501.** *Preparation.* The institution shall have an adequate and competent faculty working under conditions that encourage the best efforts of each individual. In judging competence of faculty, consideration shall be given to the academic preparation and experience of each instructor.

**3-7-502.** *Assignments.* Faculty shall be assigned in terms of their major and minor areas of academic preparation and related experience. The

size of the faculty shall be appropriate for the enrollment. All doctorate program faculty should have appropriate graduate and terminal degrees. All courses are to be taught by faculty possessing terminal degrees. Professional certification is not a substitute for a terminal degree. The institution also should encourage faculty members to engage in practical or scholarly research and to publish in professional journals.

The principal faculty members must possess doctoral/terminal professional degrees from accredited institutions. These individuals also must demonstrate expertise in the field of study taught and possess applicable experience in participating in a doctorate degree program.

**3-7-503.** *Teaching Load.* Teaching loads shall be reasonable and shall be justified by factors such as the number of different preparations required; the type and method of instruction; the size of classes; the level of instruction; the qualifications of the instructor; academic advising, committee membership, and student guidance assigned; and the other administrative, research, publication, and community relations responsibilities of the instructor.

**3-7-504.** *Stability.* The proportion of faculty employed on a full-time basis shall be sufficient to ensure sound direction and continuity of development for the educational programs. The institution shall demonstrate through outcomes and other measures that the proportion of full-time faculty and the faculty's average length of service to the institution allow the institution to meet its stated mission. The institution shall promote stability in the faculty through compensation, fringe benefits, professional growth opportunities, and other incentives.

**3-7-600–ADMISSIONS**

**3-7-601.** *Enrollment Prerequisites.* The threshold admission requirement to a doctorate degree program is, as appropriate, a bachelor's or master's degree earned from an appropriately accredited institution recognized by the U.S. Department of Education. A specific enrollment

agreement must be established for the doctorate degree program.

**3-7-602.** *Evaluation of Applicants.* Institutions should use appropriate techniques to evaluate applicants and to determine whether they have the academic qualifications to benefit from doctorate degree study.

**3-7-603.** *Transfer of Credit.* Transfer of credit for appropriate master's or doctorate-level course work from another institution may be granted according to the policy established by the institution. No more than 20% of the credits required for the doctorate degree may be transferred from another institution. Academic credit shall not be awarded for experiential learning activity.

**3-7-604.** *Conformance to Institutional Objectives.* Admissions procedures, transfer policies, and requirements for graduation shall be consistent with the overall philosophy, mission, and objectives of the institution.

**3-7-700–LIBRARY, INSTRUCTIONAL RESOURCES, AND TECHNOLOGY**

**3-7-701.** *Staff.* A professionally trained individual shall supervise and manage library and instructional resources, facilitate their integration into all phases of the institution's curricular and educational offerings, and assist students in their use. A professionally trained individual is one who holds a M.L.S. degree or the equivalent, with special qualifications to aid students in research. The professionally trained individual must participate in documented professional growth activities.

There shall be a professionally trained individual on duty for sufficient hours, as published by the institution, to support the programs and to assist students with library functions and research. This individual shall be competent both to use and to aid in the use of the library technologies and resources.

**3-7-702.** *Budget.* An annual library budget, appropriate to the size and scope of the institution and the programs offered, shall be established and the allocation expended for the purchase of books, periodicals, library equipment, and other resource and reference materials.

**3-7-703.** *Function.* The library function is shaped by the educational programs of the institution. Institutions offering doctorate degree programs shall provide access to resources which enhance, support, and are influential to research activities conducted with regard to the field of study.

These resources shall include bibliographic and monographic references, major professional and scholarly journals and reference services, research and methodology materials, and, as appropriate, information technologies. The depth and breadth of the accessible library holdings shall be such as to exceed the requirements of the student to encourage the intellectual development of students and to enrich the professional development of the faculty.

Appropriate reference, research, and information resources must be made available to enhance, augment, and support the curricular and educational offerings and to enhance student learning. The resources shall include the study, reading, and information technology facilities necessary to make the educational programs effective.

**3-7-704.** *Use and Accessibility.* Faculty are responsible for inspiring, motivating, and directing student usage of the library resources. The library's adequacy ultimately is determined by the extent to which physical and/or on-line, full-text resources support all the courses offered by the institution. For library resources, the Dewey Decimal System, Library of Congress classification system, or other appropriate system of classification should be used. Records of physical and/or on-line circulation and inventory shall be current and accurate and must be maintained to assist staff and faculty in evaluating the adequacy and utilization of the holdings.

Physical and/or on-line, full-text library materials and services must be available at times consistent with the typical student's schedule in both day and evening programs. If computer software is utilized, a sufficient number of terminals shall be provided for student use. If interlibrary agreements are in effect, provisions for such use must be practical and accessible and use must be documented. In determining the appropriateness of such agreements, consideration will be given to the uniqueness of the lending library's collection, provisions for interlibrary loans, and the degree of accessibility to the students. A college's library must contain, at a minimum, a core collection of physical and/or on-line reference materials appropriate for the offerings of the institution.

**3-7-705.** *Holdings.* The library shall support the academic programs and the intellectual and cultural development of students, faculty, and staff; shall provide current and appropriate resources for the size of the institution and the breadth of and enrollment in its educational programs; shall provide, when appropriate, physical and/or on-line, full-text data networks and retrieval systems, CD-ROMs, and interactive research systems; and shall be capable of supporting scholarly research at the graduate level.

**3-7-706.** *Acquisitions.* Library acquisitions are the joint responsibility of the faculty and library staff, with the greater amount of input emanating from the faculty.

**3-7-800–PUBLICATIONS**

There shall be a separate section in the institution's catalog describing the doctorate degree program requirements, admissions procedures, transfer policies, graduation requirements, regulations, and course descriptions.

9/12/07

**This Page Left Intentionally Blank.**

# GLOSSARY OF DEFINITIONS

*The following definitions are provided in order to assist institutions in understanding and interpreting the Accreditation Criteria. The definitions include some of the most commonly used terms and are defined to reflect their most common usage. These normative definitions drawn from no single source are offered by way of example rather than limitation. The Council recognizes the evolving and dynamic nature of American postsecondary education. It has no intention of imposing rigid expectations. When an institution departs from these norms it may be called upon to defend the academic integrity of the questioned activity.*

**Ability to Benefit**–A determination made by the institution that, in the absence of a high school diploma or GED certificate, the student will be able to benefit, with or without remediation, from the program(s) offered at the institution. The determination should be made before the person is financially obligated or enrolled in a program.

**Academic Probation**–Students placed on academic probation are subject to increased scrutiny of their academic achievements due to a previous history of academic difficulty. The probation policy must define the conditions of probation, including how long a student may remain on probation and the requirements for being removed from probation. The institution may establish additional policies as it desires.

**Academic Credential**–A certificate, diploma, or degree stating that the student has been graduated from a certain curriculum or has passed certain subjects.

**Academic Year**–A period of time generally divided into two semesters, three quarters, or their equivalent, in which a full-time student is expected to complete the coursework equivalent to at least two semesters, three quarters, or their equivalent.

**Additional Space**–Part of the main or branch campus. Additional space and the campus are within walking distance or adequate transportation is provided by the institution between the locations.

**Accreditation**–The process whereby a nationally recognized agency or organization grants public recognition to a unit of an educational organization (such as a school, institute, college, university, or specialized program of study) indicating that it meets established standards of quality as determined through initial and periodic self-study and evaluation by peers. The essential purpose of the accreditation process is to provide a professional judgment as to quality of the educational institution or program(s) offered and to encourage continual improvement thereof.

**Achievement Test**–A test which measures a student's existing skills and knowledge (that which has been taught to the student) in particular areas such as reading, math, map skills, grammar, etc.

**Aptitude Test**–Aptitude and its tests refer to the ability/potential to do schoolwork in different areas such as mechanics, art, clerical procedures, verbal, and numerical ability. (Important factors such as home environment, familiarity with the English language, and physical and psychological well-being at the time of the test all affect this kind of measure.) Aptitude tests often are timed, often are multiple choice, and are "normed" for cutoff score on a nationwide sampling of students.

**Applied General Education**-Applied general education is defined as courses that involve the application of principles and concepts in communications, humanities and fine arts,

mathematics, natural and physical sciences, social and behavioral sciences, and technology to the practical affairs of a specific occupation or occupational cluster. Applied general education courses enhance the ability of an individual to apply academic and occupational skills in the workplace. Examples of applied general education courses include technical writing, business writing, business statistics, business mathematics, organizational behavior, and human relations.

**Area of Concentration**–In a degree program, the focus of study. Also known as the major. The requirements for the major or area of concentration are based upon clearly defined and articulated learning objectives, including a mastery of the knowledge, methods, and theories pertinent to a particular area of inquiry, discipline, or field. General education and other courses not related to the major do not qualify as concentration coursework.

**Articulation**–An understanding or agreement between institutions to accommodate the movement of students and the transfer of credits between institutions.

**Calendar**–The system by which the institution structures its school (academic) year. The three common types of calendars are the semester, the quarter, and the trimester. The semester calendar is generally composed of two semesters of 15 to 17 weeks of classes each, including final examinations. The quarter calendar is generally composed of three quarters, usually with 10 to 12 weeks of classes each, including final examinations. The summer quarter is sometimes subdivided into terms of shorter length. The trimester calendar is composed of three 15-week terms including final examinations. The third may be subdivided.

**Certificate**–A document issued to evidence completion of a course, seminar, or an academic program. An academic program awarding a certificate is usually shorter in length than a program resulting in a diploma. See definition of a Diploma.

**Clock (or Contact) Hour**–A minimum of 50 minutes of supervised or directed instruction and appropriate break(s).

**Community Resources**–Individuals, organizations, or businesses that provide information, guidance or support to an institution, such as professional and trade associations, employers, guest speakers, and advisory committees.

**Competency Test**–A test with pre-established standards to measure performance. An example would be a spelling component consisting of ten questions where a score of seven or more is passing. The cutoff "pass-fail" point is referred to as criterion referenced. Usually used for promotion or graduation purposes, these tests are not standardized nationally.

**Course**–A single subject described in an institutional catalog or bulletin.

**Credit**–(1) The quantitative measurement assigned to a course generally stated in semester hours, quarter hours, or clock hours. (2) The recognition awarded upon successful completion of coursework.

**Credit Conversion**–The process of converting units of credit based on one kind of calendar to units based on another kind of calendar. For example, the three most common calendars convert as follows: quarter hours multiplied by two-thirds equal semester hours; semester hours multiplied by one and one-half equal quarter hours; and trimester hours are equal to semester hours unless the trimester is of less than 15 weeks' duration, in which case the number of weeks and length of class sessions must be considered. While the institution may present itself as credit-without-term, one of the three traditional calendars must be used.

**Credit Hour**–A unit by which an institution may measure its course work. The number of credit hours assigned to a traditionally delivered course is usually defined by a combination of the number of hours per week in class, the number of hours per week in a laboratory, and/or the number of hours devoted to externship times the number of

weeks in the term. One unit of credit is usually equivalent to, at a minimum, one hour of classroom study and outside preparation, two hours of laboratory experience, or three hours of internship or practicum, or a combination of the three times the number of weeks in the term. The number of credit hours assigned to a nontraditionally delivered course must be determined and justified by the institution and approved by the Council.

**Credit Hour, Quarter**—The number of credit hours assigned to a traditionally delivered course consists of a minimum of 10 classroom lecture periods of not less than 50 minutes each and which assumes outside reading and/or preparation; 20 laboratory clock hours where classroom theory is applied and explored, or manipulative skills are enhanced; 30 hours of external discipline-related work experience with indirect instructor supervision or employer assessment; or an appropriate combination of all three. The number of credit hours assigned to a nontraditionally delivered course must be determined and justified by the institution and approved by the Council.

**Credit Hour, Semester**—The number of credit hours assigned to a traditionally delivered course consists of a minimum of 15 classroom lecture periods of not less than 50 minutes each and which assumes outside reading and/or preparation; 30 laboratory clock hours where classroom theory is applied and explored, or manipulative skills are enhanced; 45 hours of external discipline- related work experience with indirect instructor supervision or employer assessment; or an appropriate combination of all three. The number of credit hours assigned to a nontraditionally delivered course must be determined and justified by the institution and approved by the Council.

**Credit Hour, Trimester**–A minimum fifteen-week term. Trimester credits are equivalent to semester credits.

**Curriculum**–A program of courses fulfilling the requirements for a certificate, diploma, or degree

in a particular field of study. (See definition of Program.)

**Degree**–Credential awarded as official recognition for the successful completion of an academic program.

**Degree, Advanced**–A degree beyond the bachelor's degree (e.g., M.A., M.S., M.B.A., Ph.D.).

**Degree, Associate**–The academic credential granted upon successful completion of an educational program of at least two but less than four academic years of college work.

**Degree, Baccalaureate**–The academic credential granted upon successful completion of an educational program of at least four academic years of college work.

**Degree, First Professional**–The first degree signifying completion of the minimum academic requirements for practice of a profession. A first professional degree is most commonly a bachelor's degree, but is sometimes a master's or doctorate (e.g., M.L.S., J.D., M.D.).

**Degree, Graduate**–(1) In general, any degree conferred by a graduate division or a graduate school of an institution of higher education. (2) More specifically, all advanced degrees, and also all first professional degrees which are conferred by graduate schools.

**Degree, Professional Doctorate**-The degree signifying completion of the advanced academic requirements for practice of a profession. A professional doctorate degree is most commonly a practitioner-based degree beyond the master's degree level (i.e., J.D., Ed.D., DFA, DBA, etc., but excluding the Ph.D.).

**Degree, Specialized**–The credential granted upon successful completion of an educational program of at least two academic years or equivalent of college-level work which includes an emphasis on occupational and technical course work.

**Diploma**–A document issued to evidence successful completion of an academic program. A diploma is awarded for programs varying in length from only a few months to those lasting several years and awarding degrees.

**Distance Learning**—A system and a process that connects learners with distributed learning resources. While distance learning takes a wide variety of forms, distance learning is characterized by (1) separation of place and/or time between instructor and learner, among learners, and/or between learners and learning resources; and (2) connectivity, interaction, and engagement between the learner and instructor, among learners, and between learners and learning resources conducted through one or more media.

**Enrollment, Full-Time Equivalent**–The equivalent number of full-time students at an established census date, equivalency being established by dividing the total student credit hours by the assumed normal individual load of credit hours.

**Externship**–See Practicum.

**Faculty Contact Hours**–The total hours of scheduled instructional activity spent by instructional faculty as of a specific period of time. If a course meets three hours per week for 15 weeks, it yields 45 contact hours.

**Faculty Development**–The activities by which faculty gain knowledge and skills to enhance expertise in the specific area(s) of instruction or on new curriculum concepts, theories and techniques of instruction, and educational media. The institution must demonstrate that the balance between methodology training (in-service) and content knowledge enhancement (professional growth) is appropriate for the individual faculty member. All activities must be documented. (See also "in-service training" and "professional growth")

**Financial Aid**–Financial assistance made available to a student who has financial need. The term covers grants-in-aid, scholarships, loans, and work-study compensation. The term "student aid" is also used.

**Follow-up**–The study of any group of students or former students of the institution who have shared a common experience to determine if patterns emerge in their subsequent actions or behavior which prove useful in understanding, counseling, and establishing policies for other students; for example, a study of the number of graduates who have entered graduate schools or a study of the number of graduates who have obtained employment.

**Four-Year Institution**–(1) Literally, an institution of higher education offering four years of college-level work culminating in a bachelor's degree. (2) In common usage, distinguished from a two-year institution, and characterized by offering four or more years of coursework normally creditable toward a bachelor's or higher degree or equivalent award. In addition to coursework normally creditable toward a bachelor's or higher degree, four-year institutions may also offer other types of instruction; e.g., courses in general and continuing education, short courses, occupational curriculums leading to an associate degree, etc.

**General Education**–Those areas of learning which are deemed to be the common experience of all "educated" persons, including subject matter from the humanities, mathematics and the sciences, and the social sciences.

**General Education—Humanities**—Courses in fields such as literature, philosophy, logic, foreign language, art, music appreciation, and communications, including rhetoric, composition, and speech; but excluding business communications, spelling, letter writing, and word study.

**General Education—Mathematics and the Sciences**—Courses such as biology, chemistry, physics, geology, astronomy, and mathematics theory and analysis, including algebra, trigonometry, geometry, calculus, and other advanced mathematics courses, but excluding business mathematics and basic computations.

**General Education—Social Sciences**—Courses such as history, economics, political science, geography, sociology, anthropology, and general psychology, but excluding courses such as practical psychology, selling techniques and social or business behavior.

**Grant-In-Aid**–(1) A gift of money made to a student in need of financial aid and believed capable of meeting academic requirements. It does not imply academic distinction. (2) A gift of money made without regard to academic excellence to a student who possesses certain talents sought or valued by an institution, as "athletic grant-in-aid," "music grant-in-aid," etc. The award for special talent usually, although not always, is made without regard to financial need.

**Humanities**—See General Education (Humanities).

**Independent Study**—Independent study involves a high level of independence and self-direction on the part of the student to read, conduct research, and complete written examinations, reports, research papers, and similar assignments designed to measure the student's grasp of the subject matter. Under the supervision of a faculty member, a learning contract shall be developed which outlines specific learning objectives, texts, supplemental readings, course requirements, evaluative criteria, and examination dates. Because independent study classes are the exception and not the rule, the number of courses that a student will be allowed to take independently should be limited.

**Information Technology**–Method or modes of delivering training, education, or research information via current or new tele-communications technologies, such as television broadcasts, closed circuit television systems, cable television, satellite transmissions, computers and computer-based access to external learning resources, videotape and interactive video disc, audio by disc, tapes or broadcasts, and other such information and telecommunications systems that alone or in combination assist in teaching and learning.

**In-Service Training**–Special planned and systematic experiences sponsored by an institution and related to curriculum and instruction that affect the majority of the faculty in a collective fashion. In-service education has as its major goal the updating of teachers in (1) subject matter, (2) curriculum concepts, (3) new theories and techniques of instruction, and (4) new educational media. The most common activity is a lecture by an outside speaker on a subject related to curriculum, the institution, or a societal issue.

**Internship**–See Practicum.

**Junior College**–A two-year institution of higher education. A junior college may offer a transfer or university parallel curriculum, but more often also offers an occupational curriculum and other types of curriculums such as general education, adult education, short courses, and special lectures. The term junior college generally refers to an independently organized institution (public or private), or to one which is part of a public school system (city, county, or state). It does not refer to the lower division of a four-year institution, even if the lower division is on an entirely different campus from the parent institution (such an off-campus division would constitute a branch campus or learning site). A junior college must award at least one degree which includes a general education component.

**Laboratory**–A setting, usually with equipment, where students apply knowledge or instruction acquired in another setting, usually a class lecture or outside reading, to enhance skills and solve problems. Normally, two hours of work in a laboratory setting with an instructor present has the credit equivalency of one hour of classroom lecture.

**Lecture**–A setting, usually a classroom, where a teacher instructs students in the theory, principles, or history of an academic or vocational subject. To maximally benefit from such instruction, a student is assumed to have done outside preparation. Two hours of preparation for each hour of lecture instruction are generally assumed.

**Loan**–An advance of money, generally evidenced by a promissory note, on the agreement to repay absolutely such advance, with or without interest.

**Lower-Division Course**–Generally, a survey course that includes an introductory overview of a particular area of knowledge. These courses often do not include a prerequisite for enrollment and frequently are offered to freshmen- and sophomore-level students. Lower-division courses usually carry course numbers in the 100-299 or 1000-2999 range.

**Mathematics and the Sciences**—See General Education (Mathematics and the Sciences).

**Outcomes**–The effectiveness of an institution is determined by its outcomes. In determining effectiveness, institutions are required to evaluate the following outcomes: placement rates (in field, related field); graduate pass rates relative to minimum quantitative standards for state licensing examinations; employer satisfaction as determined by periodic surveys of those who employ graduates; graduate satisfaction as determined by periodic surveys of graduates; and student satisfaction as determined by periodic surveys of current students. Institutions also may use additional outcomes in evaluating effectiveness.

**Practicum**–A supervised practical experience that is the application of previously studied theory. Normally, three hours of work in a practical setting has the credit equivalency of one hour of classroom lecture. Under the supervision of a faculty or staff member, a written agreement shall be developed that outlines the arrangement between the institution and the practicum site, including specific learning objectives, course requirements, and evaluation criteria.

**Professional Growth**–The process by which employees gain knowledge and skills which enhance their expertise. Professional growth may be accomplished through a combination of the following activities: membership and participation in educational associations, professional organizations, continuance of education, concurrent related business experience, educational research, and awareness of current practices and standards.

Attendance at seminars, conventions, field visits, vendor shows, equipment exhibits, etc., are excellent opportunities for instructors to gain enrichment. Professional writing by an instructor is also an example of professional growth.

**Program**–A sequential grouping of courses which forms a considerable part, or all, of the requirements for an academic credential or an occupational objective. May refer to the total educational offering of an institution. See Curriculum.

**Record, Permanent Academic**–The official document on which is listed the courses attempted, grades and credit earned, and status achieved by a student.

**Record, Student**–A file which may contain the following: a record of the student's scholastic progress, the extracurricular activities, personal characteristics and experiences, family background, secondary school background, aptitudes, interests, counseling notes, etc.

**Refund**–Return of money, cancellation of obligation, or otherwise resolution of the debt.

**Regular student**–A student who is enrolled in a program leading to a certificate, diploma, or degree at an institution and is satisfactorily progressing toward program completion in compliance with the Standards of Satisfactory Progress as stated in Sections 3-1-420 through 3-1-423. Any other student attending the institution is considered in an extended enrollment status and is not eligible for government student aid.

**Self-paced Instruction**—An educational delivery method by which a student progresses through a course or program of study in residence utilizing either computer software or instructional materials and resources. Students progress through the course or program at their own pace with limited interaction with the instructor. The instructor, however, is responsible for overseeing

the progress of the student and for evaluating and grading the student.

**Scholarship–**(1)   The quality of a student's achievement in the student's studies. (2)   A financial grant which does not involve repayment. The primary reason for the award is the student's performance (or potential for performance) in the educational program of the institution.  Financial need may or may not be a consideration in establishing the amount of the award.

**Social Sciences—**See General Education (Social Sciences).

**Student, Full-Time–**A student who is enrolled in a minimum of 12 credit hours per term or its equivalent.

**Syllabus–** A description of how the course will be taught with a planned arrangement of materials and activities. The minimum requirements for a course syllabus consist of the title and course description, course number, course prerequisites and/or corequisites, instructional contact hours/credits, learning objectives, instructional materials and references, topical outline of the course, instructional methods, assessment criteria, method of evaluating students, and the date the syllabus was last reviewed.   A course syllabus should be reviewed to ensure that it reflects the most recent trends, developments, and instructional materials for the specific subject areas.  A current syllabus prepared and utilized by instructors in guiding and directing the learning experience of the students is necessary to ensure the quality of instruction.

**Term–**(1)  A calendar unit. (2)  Division of the school year during which an educational institution is in session; it may designate the summer term or may be used as a synonym for quarter, school term, semester, or trimester. Historically, a term has been any one of the two or three major periods during which classes were in session, specifically referred to as the fall term, spring term, etc.

**Terminal Degree–**The highest credential generally available in a discipline, which usually is an earned doctorate such as Ph.D., Ed.D., J.D.,

or D.B.A.   In some disciplines, however, the master's degree is considered the terminal degree.  Examples include the M.F.A., M.S.W., and M.L.S.

**Transcript–**A copy of the permanent academic (educational) record at an institution of higher education.  It becomes an official transcript when the seal of the institution is affixed and the signature of an authorized person is appended.

**Two-Year Institution–**(1)  Literally, an institution of higher education offering the first two years of college-level coursework.  (2) In common usage a two-year institution is distinguished from a four-year institution and is characterized by offering at least two, but less than four, years of an organized curriculum. The curriculum may be of the transfer type (with credits normally transferable at full value toward a bachelor's degree), terminal-occupational, or open-ended.  Two-year institutions include junior colleges, technical institutes, and semi-professional schools.   In addition to organized curriculums, two-year institutions also may offer other types of instruction, e.g., courses in general education and adult education, short courses, and special lectures.

**Upper-Division Course–**Generally, a course that presents more specialized course content and is more rigorous than a lower-division course, and that often includes at least one prerequisite.   Upper-division courses usually carry course numbers in the 300-499 or 3000-4999 range.

**Validated Test–**A nationally recognized, standardized or industry-developed test which consistently measures what it is designed to measure, e.g., ability of non-high school graduates to benefit from post-secondary education.

**Withdrawal–**The termination of a student's attendance in a class or in all classes before the end of the term.