DECLARATION OF SHERYL MOODY

EXHIBIT C

[SEE SEPARATELY FILED BINDERS CONTAINING
THE RECORD BEFORE THE COUNCIL]

