# RECORD UNDER REVIEW
Amended September 6, 2007

The University of Northern Virginia, Manassas, Virginia

1. Self-Study – submitted October 2005 (1 medium size binder)

2. New Grant Evaluation Report May 2006 (52 pages)

3. Institutional Response to May 2006 report (seven smaller size binders)

4. Review Sheet from IRC July 2006 (18 pages)

5. Motion Letter from August 2006 Council Meeting 8.11.06 (7 pages)

6. Institutional Response and Appeal to August 2006 letter (12 larger size binders)

7. Review Sheet from IRC November 2006 (25 pages)

8. December 2006 Hearing Transcript (125 pages)

9. Motion Letter from December 2006 Council Meeting (6 pages)

10. Special Visit Report May 2007 (41 pages)

11. Institutional Response to Special Visit Report (1 smaller size binder)

12. Institutional Response and Appeal to December 2006 letter (2 larger size binders)

13. Review Sheet from IRC July 2007 – for May 2007 Special Visit (6 pages)

14. Review Sheet from IRC July 2007 – for December 2006 Motion Letter (18 pages)

15. August 2007 Hearing Transcript (64 pages)

16. Motion Letter from August 2007 Council Meeting (3 pages)



EXHIBIT
P