

Expand All | Collapse All

- **Site Map**
- Accreditation FAQ
- Eligibility Requirements
- Accreditation Alert Archives
- Memorandum to the Field Archives
- Council Action Archives
- Complaint Procedures
- FEES SCHEDULE
- Model Curricula
- + Evaluation Visit Information
- + Evaluator
- Site Home

Go

## Fees Schedule

Below is a list of the accreditation/user fees, workshop fees, and sustaining fees. To download a copy of the Fees Schedule, please **click here**.

### SCHEDULE OF FEES
### Effective July 1, 2006

All application fees must be submitted with the application, with the exception of new grant fees. These fees and the visit expense deposit will be billed.

| APPLICATION AND OTHER FEES | FEE |
|---|---|
| Initial Grant **(per main and branch)** | $2,500 |
| New Grant **(reevaluation, per main and branch)** | $2,000* |
| Branch-to-Freestanding | $2,500* |
| Application to Initiate Branch Campus | $2,500 |
| Change of Ownership **(main location)** | $3,000 |
| Change Ownership **(nonmain locations)** | $2,000 |
| Program Application **(first location)** | $1,000 |
| Program Application **(same program at other locations)** | $500 |
| Distance Education Application **(first location)** | $250 |
| Distance Education Application **(same program at other locations)** | $175 |
| Application to Initiate a Learning Site | $1,000 |
| Change of Name Application | $300 |
| Change of Location Application | $300 |
| Fee for Late Submission | $500** |
| Special Visit Fee | $3,000 |

*Plus a $500 surcharge for each learning site and $250 for each specialized program.*

** *Late Fees will be charged for the late submission of an Annual Institutional Report, Annual Financial Report, self-study, payments, and other Council-directed submissions having a specific due date.*

### HEARING FEES

| | |
|---|---|
| Personal Appearance before the Council | $5,000 |
| In Writing (each meeting) | $2,000 |
| Appeal to the Review Board (plus expenses) | $5,000 |

### VISIT EXPENSES

Visit expenses for all team members (including staff) shall be paid by the institution. A deposit of $1200 per team member (including staff) for one-day visits and $600 per team member (including staff) per day for multiple-day visits will be assessed prior to the visit. This deposit must be received in the Council office within 15 days of receipt of the invoice in order for the visit to occur. After all expenses have been received from team members, overages will be refunded and shortages will be billed.

### FACT VISITS

**EXHIBIT**

E

Actual Expenses will be charged to the institution if the Council determines that the institution is not in compliance with the Accreditation Criteria. The Council will incur the expense otherwise.

## WORKSHOP FEES (per person)

| | Early | Regular |
|---|---|---|
| Accreditation Workshop | $475 | $495 |
| Distance Education Workshop | $295 | $325 |
| Adding Value: IEP | $295 | $325 |
| Adding Value: R&P | $295 | $325 |
| Deferral Workshop | $35 | $35 |
| Half-Day Educational Workshops | $150 | $175 |
| Initial Applicants-Accreditation | $50 | $50 |
| Programs | $295 | $325 |

## SCHEDULE OF SUSTAINING FEES

*The annual sustaining fee is billed separately by the Council and is due no later than October 31 of each year.*

| ANNUAL INSTITUTIONAL REVENUE | ANNUAL FEE |
|---|---|
| $0 to $249,999 | $1,130 |
| $250,000 to $499,999 | $1,690 |
| $500,000 to $749,999 | $2,260 |
| $750,000 to $999,999 | $2,830 |
| $1,000,000 to $1,499,999 | $3,400 |
| $1,500,000 to $2,999,999 | $3,960 |
| $3,000,000 to $4,999,999 | $4,530 |
| $5,000,000 to $7,499,999 | $5,650 |
| $7,500,000 to $9,999,999 | $6,780 |
| $10,000,000 to $19,999,999 | $7,910 |
| $20,000,000 to $29,999,999 | $9,040 |
| $30,000,000 to $39,999,999 | $10,170 |
| $40,000,000 to $49,999,999 | $11,290 |
| $50,000,000 to $59,999,999 | $12,420 |
| More than $60,000,000 | $13,550 |

© 2001 - 2006 Accrediting Council for Independent Colleges and Schools. All rights reserved. Reproducing content presented on this site in any form is prohibited without written permission. For general information, please email info@acics.org.