*06100010y*
06/11/2007
0095274027

This is a LEGAL COPY of your check. You can use it the same way you would use the original check.

000000800100025

ACCREDITING COUNCIL FOR
INDEPENDENT COLLEGES AND SCHOOLS
750 FIRST STREET, NE, SUITE 980
WASHINGTON DC 20002-4241

CHECK DATE: 5/25/2007
CONTROL NUMBER: 038111
AMOUNT: $******4,830.00
US DOLLARS

PAY TO THE ORDER OF:
Univ of Northern Virginia-Prag
Na Porici 12 110 00
Praha 1 20109-2521
CZECH REPUBLIC

Four Thousand Eight Hundred and 00/100-------

VOID AFTER 120 DAYS
TWO SIGNATURES REQUIRED FOR AMOUNTS OVER $10,000

⑆038111⑆ ⑉055002707⑉ 206639503⑈

EXHIBIT F

