

**Accrediting Council for
Independent Colleges and Schools**

750 First Street, NE, Suite 980
Washington, DC 20002-4241
TEL: (202) 336-6780
FAX: (202) 842-2593
www.acics.org

August 7, 2007

ID Code M01176

BY OVERNIGHT DELIVERY

Dr. Fay Avery
Chancellor
University of Northern Virginia
10021 Balls Ford Road
Manassas, VA  20109-2621

Dear Dr. Avery:

The Council at its recent meeting considered the financial reports submitted by your institution.  As a result of its review, the Council found the following based on the *Accreditation Criteria*:

- The institution failed to submit Annual Financial Reports for its branch campuses in the following locations (Sections 2-1-800 and 2-1-802):

    a.  The University of Northern Virginia – Cyprus, Turkish Republic of North Cyprus, ID Code B01406
    b.  The University of Northern Virginia – Prague, Prague, Czech Republic, ID Code B01384
    c.  The University of Northern Virginia – Hong Kong, Kowloon, Hong Kong, ID Code B01390
    d.  The University of Northern Virginia – London, Holloway, England, ID Code B01394

Therefore, the Council acted to direct your institution to show-cause why its accreditation should not be withdrawn by means of suspension at the December 2007 meeting of the Council, pending receipt of the following information:

- Annual Financial Reports for the branch campuses listed above for the year ending September 30, 2006.

Should you choose not to appeal to the Review Board the Council's decision to affirm the denial of the institution's application for a new grant of accreditation, then response to this show-cause order will no longer be necessary as the institution's accreditation will have ended.  Information or reports listed above should be received in the Council office by **August 31, 2007**. Failure to provide all information requested within the established deadline will result in a $500 late fee and may result in suspension of accreditation.

You must notify the Council in writing within 10 days of receipt of this notice whether you desire a personal appearance before the Council at its next meeting scheduled for December 5-9, 2007, or whether you will show-cause in writing.  There is a $5,000 fee for personal appearances before the Council and a $2,000 fee to show-cause in writing.  The appropriate fee must accompany your notification.



EXHIBIT
6

Dr. Fay Avery
August 7, 2007
Page 2

**The Council strongly encourages the institution to respond to this show-cause in writing for the December 2007 Council meeting.** The Council believes that submission of the aforementioned items along with a written response from the institution will be sufficient to address the show-cause action. Please submit ten copies of your response by the date listed.

If you have any questions about this action, please contact Jeff Olszewski at (202) 336-6776.

Sincerely,

Sheryl L. Moody
ACICS Executive Director