*The University of Northern Virginia v. Accrediting Council for Independent Colleges and Schools*
Civil Action No.: 1:07cv1057

Exhibit C to Declaration of Sheryl L. Moody in support of Defendant's Opposition to Plaintiff's Motion for Preliminary Injunction (28 binders)