# WHITEFORD, TAYLOR & PRESTON L.L.P.

SEVEN SAINT PAUL STREET
BALTIMORE, MARYLAND 21202-1626
TELEPHONE 410 347-8700
FAX 410 752-7092

50 CORPORATE CENTER
10500 LITTLE PATUXENT PARKWAY
SUITE 750
COLUMBIA, MARYLAND 21044-3585
TELEPHONE 410 884-0700
FAX 410 884-0719

3190 FAIRVIEW PARK DRIVE
SUITE 300
FALLS CHURCH, VIRGINIA 22042
703 836-5742
FAX 703 573-1287
www.wtplaw.com

SUITE 400
210 WEST PENNSYLVANIA AVENUE
TOWSON, MARYLAND 21204-4515
TELEPHONE 410 832-2000
FAX 410 832-2015

1025 CONNECTICUT AVENUE NW
SUITE 400
WASHINGTON, D.C. 20036-5405
TELEPHONE 202 659-6800
FAX 202 331-0573

MICHAEL C. GARTNER
DIRECT NUMBER
703 573-1217
mgartner@wtplaw.com

November 2, 2007

*VIA HAND DELIVERY*

Clerk of the Court
United States District Court
for the Eastern District of Virginia
401 Courthouse Square
Alexandria, VA 22314

Re: *The University of Northern Virginia v. Accrediting Council for Independent Colleges and Schools*, Civil Action No.: 1:07cv1057
WTP: 000732.00041

Dear Sir or Madam:

Please find herewith for filing 28 binders in connection with the above-referenced matter. These binders constitute Exhibit C to the Declaration of Sheryl L. Moody, which is being filed in support of Defendant's Opposition to Plaintiff's Motion for Preliminary Injunction. Defendant's Opposition and the Declaration and the other exhibits are being e-filed today. Due to the volume of materials for Exhibit C, however, we are submitting it for paper filing pursuant to conversations and instructions we have received from the Clerk's office.

This matter is set to be heard on Tuesday, November 6, 2007 at 11:00 a.m. before Judge Morgan. I respectfully request that these materials be placed in the courtroom for the Court's reference during the argument.

Thank you for your assistance, and please do not hesitate to contact me with any questions you may have. Also, please file stamp a copy of this letter to acknowledge receipt of the 28 binders.

Sincerely,

Michael C. Gartner

1510