**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division**

| | |
|---|---|
| THE UNIVERSITY OF ) | |
| NORTHERN VIRGINIA, INC. ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No.: 1:07cv1057 |
| ) | |
| ACCREDITING COUNCIL FOR ) | |
| INDEPENDENT COLLEGES ) | |
| AND SCHOOLS, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

## NOTICE OF APPEARANCE

THE CLERK WILL PLEASE kindly note the appearance of Michael C. Gartner, Esquire, Kenneth J. Ingram, Esquire, and the law firm Whiteford, Taylor & Preston, L.L.P., as counsel of record for the Defendant, Accrediting Council for Independent Colleges and Schools.

Respectfully submitted,

**ACCREDITING COUNCIL FOR
INDEPENDENT COLLEGES AND SCHOOLS**
By counsel

_____/s/ Michael C. Gartner_____
Michael C. Gartner, Esquire (Va. Bar No. 41463)
Kenneth J. Ingram, Esquire (Va. Bar No. 21293)
WHITEFORD, TAYLOR & PRESTON, LLP
3190 Fairview Park Drive, Suite 300
Falls Church, Virginia 22042
(703) 573-1217 (voice)
(703) 573-1287 (facsimile)
mgartner@wtplaw.com

**CERTIFICATE OF SERVICE**

    I hereby certify that a true copy of the foregoing was served through the Court's electronic filing system this 2nd day of November, 2007 to:

R. Scott Caulkins, Esquire
Lee Goodman, Esquire
LeClairRyan
225 Reinekers Lane, Suite 700
Alexandria, Virginia 22314

        _____/s/ Michael C. Gartner_____
Michael C. Gartner, Esquire (Va. Bar No. 41463)
WHITEFORD, TAYLOR & PRESTON, LLP
3190 Fairview Park Drive, Suite 300
Falls Church, Virginia 22042
(703) 573-1217 (voice)
(703) 573-1287 (facsimile)
mgartner@wtplaw.com
*Counsel for Defendant Accrediting Council for Independent Colleges and Schools*

*208939*