2:04 - 3:23
1:00 - 2:00 (Lunch)
12:36 - 1:00

Date: 11-06-07   Case Number: 1:07cv1057   Start: 11:00 - 12:22
Judge: Morgan   Reporter: R. Montgomery   End: 4:03

Time in Court: 3:23

The University of Northern Virginia, Inc.

Attorneys:
Rodney Caulkins
Lee Goodman
Fay Avery
Bernard J. E. van Gils    Joanna Faust

Vs.

Accrediting Council for Independent Colleges and Schools

Sheryl L. Moody
Kenneth Ingram
Michael Gartner

This matter came on for hearing on: Pltf's Motion for Preliminary Injunction - argued - granted. Bond set at $75,000, to be paid within 5 business days. Proposed Order to be submitted by counsel. Order will take effect upon posting of the bond. Deft's answer extended to Nov. 21st, without objection of counsel.