# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### Alexandria Division

| | |
|---|---|
| THE UNIVERSITY OF<br>　　　NORTHERN  VIRGINIA, INC.<br><br>　　　　　Plaintiff,<br><br>v.<br><br>ACCREDITING COUNCIL FOR<br>INDEPENDENT COLLEGES AND<br>SCHOOLS<br><br>　　　　　Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)    Civil Action No. 1:07cv1057 |

## NOTICE

PLEASE TAKE NOTICE that a Preliminary Injunction Order incorporating Judge

Morgan's ruling in the above-captioned case will be delivered to Judge Morgan's Chambers by

Federal Express on Tuesday, November 13, 2007.  A copy of the fully executed order is attached

to this Notice.


　　　/s/
R. Scott Caulkins (VSB No. 23584)
Lee E. Goodman (VSB No. 31695)
Joanna L.  Faust (VSB No. 72930)
LeClairRyan, A Professional Corporation
225 Reinekers Lane, Suite 700
Alexandria, Virginia 22314
**Counsel for Plaintiff, The University of Northern Virginia**