UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| THE UNIVERSITY OF NORTHERN VIRGINIA, INC.<br><br>   Plaintiff,<br>v.<br><br>ACCREDITING COUNCIL FOR INDEPENDENT COLLEGES AND SCHOOLS<br><br>   Defendant. | )<br>)<br>)<br>)<br>)<br>) Civil Action No. 1:07cv1057<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## ORDER GRANTING EXTENSION OF TIME TO POST BOND

THIS MATTER came before the Court on the motion of the Plaintiff, The University of Northern Virginia, by counsel, for an extension of time in which to post a cash or surety bond for the preliminary injunction ordered by the Court on November 6, 2007; and

IT APPEARING from the endorsement of counsel on the motion that Defendant has consented to Plaintiff's motion, and that the motion should be granted; it is therefore

ORDERED that the time period in which Plaintiff must post the cash or surety bond is extended and Plaintiff shall post a cash or surety bond in the sum of $75,000 within 24 hours of the entry of the Preliminary Injunction Order.

ENTERED this ____ day of November, 2007.

                 _____
                 The Honorable Henry Coke Morgan, Jr.
                 United States District Judge

**SEEN AND AGREED:**

_____
R. Scott Caulkins (VSB No. 23584)
Lee E. Goodman (VSB No. 31695)
Joanna L. Faust (VSB No. 72930)
LECLAIRRYAN, A Professional Corporation
225 Reinekers Lane, Suite 700
Alexandria, Virginia 22314
(703) 684-8007 (Telephone)
(703) 684-8075 (Fax)
scott.caulkins@leclairryan.com
*Counsel for Plaintiff The University of Northern Virginia*

**SEEN AND AGREED:**

_____
Michael C. Gartner, Esq.
Kenneth J. Ingram, Esq.
WHITEFORD, TAYLOR & PRESTON, LLP
3190 Fairview Park Drive, Suite 300
Falls Church, Virginia 22042
(202) 659-6790 (Telephone)
(202) 327-6140 (Fax)
kingram@wtplaw.com
*Counsel for Defendant Accrediting Council of Independent Colleges and Schools*