UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

```
FILED

NOV 14 2007

CLERK, U.S. DISTRICT COURT
NORFOLK, VA
```

THE UNIVERSITY OF                    )
      NORTHERN  VIRGINIA, INC.      )
                            )
           Plaintiff,          )
                            )
      v.                                )
                            )      Civil Action No: 1:07cv1057
ACCREDITING COUNCIL FOR            )
INDEPENDENT COLLEGES AND           )
SCHOOLS                             )
                            )
           Defendant.        )
                            )

## PRELIMINARY INJUNCTION ORDER

THIS MATTER came for a hearing on November 6, 2007 on the motion of the Plaintiff, The University of Northern Virginia ("UNVA"), for a preliminary injunction. After considering the oral arguments, written briefs, declarations, and other evidence submitted by the parties, it is hereby

ORDERED that the Plaintiff's Motion for a Preliminary Injunction is granted, and it is further ORDERED that:

1)  UNVA's accreditation with the Defendant Accrediting Council for Independent Colleges and Schools (ACICS) is hereby reinstated to its status in effect immediately prior to October 3, 2007;

2)  UNVA will post a bond in the amount of $75,000 on or before November 13, 2007. The preliminary injunction will take effect upon the posting of the bond with the Clerk's Office. The bond may be posted as a cash bond and subsequently replaced by a surety bond;

3)  Copies of this Preliminary Injunction Order shall be sent by ACICS, in writing, by e-mail, facsimile or other means of electronic transmission, to the United States Department of Education and any and all other parties notified of UNVA's prior denial of accreditation. Receipt of a copy of this Order shall serve as notice that UNVA has been reinstated to accreditation with ACICS;

4)  ACICS shall, as soon as practicable, but no later than 5:00 p.m. on the next business day following the posting of the bond post a copy of this Preliminary Injunction Order on its website which shall remain until further order of this court, and ACICS shall assure that

all references to UNVA on its website reference the restoration of accreditation pursuant to the preliminary injunction contained on the website;

5) ACICS shall comply with all of its standards, rules, and procedures with respect to UNVA and UNVA shall be subject to all requirements of accreditation maintained by ACICS, provided that ACICS will act in accordance with its regularly established procedures and consistent with its treatment of all accredited institutions;

6) ACICS may continue to provide all notices required to be provided by applicable US Department of Education regulations, in compliance with such regulations;

7) This Preliminary Injunction Order shall remain in full force and effect and binding upon the parties, pending further order of this Court or a final decision on the merits in the case.

ENTERED this _13th_ day of November, 2007.

The Honorable Henry Coke Morgan, Jr.
United States District Judge

**SEEN AND AGREED:**

R. Scott Caulkins (VSB No. 23584)
Lee E. Goodman (VSB No. 31695)
Joanna L. Faust (VSB No. 72930)
LeClairRyan, A Professional Corporation
225 Reinekers Lane, Suite 700
Alexandria, Virginia 22314
*Counsel for Plaintiff, The University of Northern Virginia*

**SEEN AND OBJECTED TO:**

Michael C. Gartner, Esq.
Kenneth J. Ingram, Esq.
WHITEFORD, TAYLOR & PRESTON, LLP
3190 Fairview Park Drive, Suite 300
Falls Church, Virginia 22042
*Counsel for Defendant, Accrediting Council of Independent Colleges and Schools*

2