```
Court Name: EASTERN DISTRICT OF VIRGINIA
Division: 1
Receipt Number: 100904787
Cashier ID: fcansler
Transaction Date: 11/14/2007
Payer Name: UNVA PROPERTIES, LLC

TREASURY REGISTRY
For: UNVA PROPERTIES, LLC
Case/Party: D-VAE-1-07-CV-001057-001
Amount:         $75,000.00
------------------------------------------
CHECK
  Check/Money Order Num: 1054
  Amt Tendered:   $75,000.00
------------------------------------------
Total Due:      $75,000.00
Total Tendered: $75,000.00
Change Amt:     $0.00

PRELIMINARY INJUNCTION ORDER


07-CV-1057


THE UNIVERSITY OF NORTHERN VA, INC.
```