IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| THE UNIVERSITY OF NORTHERN VIRGINIA, INC. ) ) ) ) Plaintiff, ) ) v. ) ) ACCREDITING COUNCIL FOR ) INDEPENDENT COLLEGES ) AND SCHOOLS, ) ) Defendant. ) ) | Civil Action No.: 1:07cv1057 |

## ORDER

This matter is before the Court on Defendant Accrediting Council for Independent Colleges and Schools' ("ACICS") request for an extension of time within which to file its responsive pleadings to the Complaint filed by Plaintiff The University of Northern Virginia, Inc. ("UNVA"), and having found that UNVA consents to said request and having found other good cause to grant said request, it is hereby

ORDERED that ACICS shall be granted an extension of time to November 21, 2007 to file its responsive pleadings in this matter.

ENTERED THIS 16th DAY OF November, 2007.

Judge, U.S. District Court for the Eastern
District of Virginia

WE ASK FOR THIS:

/s/ Michael C. Gartner
Michael C. Gartner, Esquire (Va. Bar No. 41463)
Kenneth J. Ingram, Esquire (Va. Bar No. 21293)
WHITEFORD, TAYLOR & PRESTON, LLP
3190 Fairview Park Drive, Suite 300
Falls Church, Virginia 22042
(703) 573-1217 (voice)
(703) 573-1287 (facsimile)
mgartner@wtplaw.com
*Counsel for Defendant ACICS*

SEEN AND AGREED:

/s/ R. Scott Caulkins
R. Scott Caulkins, Esquire (Va. Bar No. 23854)
LeCLAIRRYAN
225 Reinekers Lane, Suite 700
Alexandria, Virginia 22314
(703) 684-8007 (voice)
(703) 684-8075 (facsimile)
scott.caulkins@leclairryan.com
*Counsel for Plaintiff UNVA*

1634