**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division**

| | |
|---|---|
| THE UNIVERSITY OF NORTHERN VIRGINIA, INC. ) ) ) Plaintiff, ) ) v. ) ) ACCREDITING COUNCIL FOR ) INDEPENDENT COLLEGES ) AND SCHOOLS, ) ) Defendant. ) _____ ) | Civil Action No.: 1:07cv1057 |

## **DEFENDANT'S RULE 7.1 FINANCIAL DISCLOSURE**

Pursuant to Local Rule 7.1 of the Eastern District of Virginia and to enable Judges and Magistrate Judges to evaluate possible disqualifications or recusal, the undersigned counsel for Accrediting Council for Independent Colleges and Schools in the above captioned action certifies that there are no parents, trusts, subsidiaries and/or affiliates of said party that have issued shares or debt securities to the public.

Respectfully submitted,

**ACCREDITING COUNCIL FOR
INDEPENDENT COLLEGES AND SCHOOLS**
By counsel

_____/s/ Michael C. Gartner_____
Michael C. Gartner, Esquire (Va. Bar No. 41463)
Kenneth J. Ingram, Esquire (Va. Bar No. 21293)
WHITEFORD, TAYLOR & PRESTON, LLP
3190 Fairview Park Drive, Suite 300
Falls Church, Virginia 22042
(703) 573-1217 (voice)
(703) 573-1287 (facsimile)
mgartner@wtplaw.com

## **CERTIFICATE OF SERVICE**

    I hereby certify that a true copy of the foregoing was served through the Court's electronic filing system this 20th day of November, 2007 to:

R. Scott Caulkins, Esquire
Lee Goodman, Esquire
LeClairRyan
225 Reinekers Lane, Suite 700
Alexandria, Virginia 22314

                                    _____/s/ Michael C. Gartner_____
                                    Michael C. Gartner, Esquire (Va. Bar No. 41463)
                                    WHITEFORD, TAYLOR & PRESTON, LLP
                                    3190 Fairview Park Drive, Suite 300
                                    Falls Church, Virginia 22042
                                    (703) 573-1217 (voice)
                                    (703) 573-1287 (facsimile)
                                    mgartner@wtplaw.com
                                    *Counsel for Defendant Accrediting Council for*
                                    *Independent Colleges and Schools*

*1711*