**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division**

| | |
|---|---|
| THE UNIVERSITY OF<br>NORTHERN VIRGINIA, INC.<br><br>    Plaintiff,<br>v.<br><br>ACCREDITING COUNCIL FOR<br>INDEPENDENT COLLEGES AND<br>SCHOOLS<br><br>    Defendant. | Civil Action No. 1:07cv1057 |

## JOINT MOTION TO SET BRIEFING SCHEDULE

COME NOW Plaintiff, The University of Northern Virginia ("UNVA"), and Defendant, Accrediting Council of Independent Colleges and Schools ("ACICS"), by counsel, and jointly move the Court to set a briefing scheduling for ACICS's Partial Motion to Dismiss and ACICS's forthcoming Motion for Summary Judgment and in further support of this motion state as follows:

1.    On November 21, 2007, ACICS filed its Partial Motion to Dismiss Counts I and IV of UNVA's Verified Complaint.

2.    Counsel for ACICS has notified counsel for UNVA that ACICS will file a Motion for Summary Judgment as to the remaining two counts on or about December 28, 2007.

3.    Counsel for UNVA and ACICS have conferred and agreed to extend the briefing schedule for both motions in order to fully brief the issues involved and to take into account intervening holidays and counsels' litigation schedules. Counsel have agreed to the following briefing schedule:

    a. The deadline for UNVA's opposition to Defendant's Partial Motion to Dismiss is December 14, 2007.

    b. The deadline for ACICS's reply to UNVA's opposition to Defendant's Partial Motion to Dismiss is December 21, 2007.

    c. The deadline for UNVA's opposition to Defendant's Motion for Summary Judgment (based upon a filing date of no later than December 28, 2007) is January 18, 2008.

    d. The deadline for ACICS's reply to UNVA's opposition to Defendant's Motion for Summary Judgment is January 25, 2008.

4. Counsel have further agreed that argument for the Motion to Dismiss and the Motion for Summary Judgment can be heard together if the Court so wishes.

5. Counsel will consult with the Clerk's Office and Judicial Chambers to obtain a hearing date once the motions have been fully briefed.

WHEREFORE, UNVA and ACICS respectfully request that the Court enter the attached consent order setting the briefing schedule for the Defendant's Partial Motion to Dismiss and the Defendant's forthcoming Motion for Summary Judgment.

THE UNIVERSITY OF NORTHERN VIRGINIA

By:    /s/
R. Scott Caulkins (VSB No. 23584)
Lee E. Goodman (VSB No. 31695)
Joanna L. Faust (VSB No. 72930)
LECLAIRRYAN, A Professional Corporation
225 Reinekers Lane, Suite 700
Alexandria, Virginia 22314
(703) 684-8007 (Telephone)
(703) 684-8075 (Fax)
scott.caulkins@leclairryan.com
*Counsel for Plaintiff*
*The University of Northern Virginia*

ACCREDITING COUNCIL OF INDEPENDNT
COLLEGES AND SCHOOLS


By: _____/s/_____
Michael C. Gartner (VSB No. 41463)
Kenneth J. Ingram (VSB No. 21293)
WHITEFORD, TAYLOR & PRESTON, LLP
3190 Fairview Park Drive, Suite 300
Falls Church, Virginia 22042
(202) 659-6790 (Telephone)
(202) 327-6140 (Fax)
kingram@wtplaw.com
  *Counsel for Defendant*
    *Accrediting Council of Independent*
    *Colleges and Schools*

## **CERTIFICATE OF SERVICE**

   I hereby certify that a true and accurate copy of the foregoing was consented to by undersigned counsel and served through the Court's electronic filing system this 30th day of November, 2007 to:

Michael C. Gartner, Esq.
Kenneth J. Ingram, Esq.
WHITEFORD, TAYLOR & PRESTON, LLP
3190 Fairview Park Drive, Suite 300
Falls Church, Virginia 22042
(202) 659-6790 (Telephone)
(202) 327-6140 (Fax)
kingram@wtplaw.com
***Counsel for the Defendant***

                _____/s/_____
                R. Scott Caulkins (VSB No. 23584)
                LeClairRyan, A Professional Corporation
                225 Reinekers Lane, Suite 700
                Alexandria, Virginia 22314
                (703) 684-8007 (Telephone)
                (703) 684-8075 (Fax)
                scott.caulkins@leclairryan.com
                  ***Counsel for Plaintiff***