# TRANSCRIPT