**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

FILED

DEC 1 1 2007

U.S. DISTRICT COURT
ALEXANDRIA, VA

| | |
|---|---|
| THE UNIVERSITY OF<br>NORTHERN  VIRGINIA, INC. | ) )<br>) |
| Plaintiff, | ) ) |
| v. | ) ) |
| ACCREDITING COUNCIL FOR<br>INDEPENDENT COLLEGES AND<br>SCHOOLS | ) ) ) |
| Defendant. | ) ) ) |

Civil Action No. 1:07cv1057

## <u>CONSENT ORDER</u>

THIS MATTER came before the Court on the joint motion of the Plaintiff, The

University of Northern Virginia ("UNVA"), and the Defendant, Accrediting Council of

Independent Colleges and Schools ("ACICS"), by counsel, to set the briefing schedule for the

parties to file responsive briefs to Defendant's Partial Motion to Dismiss and Defendant's

forthcoming Motion for Summary Judgment; and

IT APPEARING that both parties are in agreement and good cause exists to grant the

motion; it is therefore

ORDERED that

    1)    UNVA shall file its opposition to Defendant's Partial Motion to Dismiss on or

        before December 14, 2007;

    2)    ACICS shall file its Reply to UNVA's opposition to Defendant's Partial Motion

        to Dismiss on or before December 21, 2007;

3) UNVA shall file its opposition to Defendant's Motion for Summary Judgment (based upon a filing date of no later than December 28, 2007) on or before January 18, 2008; and

4) ACICS shall file its Reply to UNVA's opposition to Defendant's Motion for Summary Judgment on or before January 25, 2008.

ENTERED this _11_ day of December, 2007.

/s/
Henry Coke Morgan, Jr.
**Senior United States District Judge**

The Honorable Henry Coke Morgan, Jr.
United States District Judge

**SEEN AND AGREED:**

R. Scott Caulkins (VSB No. 23584)
Lee E. Goodman (VSB No. 31695)
Joanna L. Faust (VSB No. 72930)
LECLAIRRYAN, A Professional Corporation
225 Reinekers Lane, Suite 700
Alexandria, Virginia 22314
(703) 684-8007 (Telephone)
(703) 684-8075 (Fax)
scott.caulkins@leclairryan.com
*Counsel for Plaintiff The University of Northern Virginia*


**SEEN AND AGREED:**

Michael C. Gartner (VSB No. 41463)
Kenneth J. Ingram (VSB No. 21293)
WHITEFORD, TAYLOR & PRESTON, LLP
3190 Fairview Park Drive, Suite 300
Falls Church, Virginia 22042
(202) 659-6790 (Telephone)
(202) 327-6140 (Fax)
kingram@wtplaw.com
*Counsel for Defendant Accrediting Council of Independent Colleges and Schools*