**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | |
|---|---|
| THE UNIVERSITY OF NORTHERN VIRGINIA, INC. | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) |
| ACCREDITING COUNCIL FOR INDEPENDENT COLLEGES AND SCHOOLS | ) Civil Action No. 1:07cv1057 ) ) ) ) |
| Defendant. | ) ) |

## ORDER

THIS MATTER came before the Court on the joint motion of the Plaintiff, The University of Northern Virginia ("UNVA"), and the Defendant, Accrediting Council of Independent Colleges and Schools ("ACICS"), by counsel, to stay the proceedings before this Court; and

IT APPEARING that both parties are in agreement and good cause exists to grant the motion; it is therefore

ORDERED that the Preliminary Injunction entered on November 13, 2007 is continued through August 5, 2008, at which time the parties will file a joint stipulation of dismissal with prejudice dismissing the case in its entirety; and it is further

ORDERED that upon the filing of a subsequent consent order by the parties for a reduction of the Preliminary Injunction bond, the Court will reduce the cash bond for the Preliminary Injunction to $100.00 and release the balance of the monies currently held by the Court as the cash bond; and it is further

2

ORDERED that the briefing schedule set forth in the Court's December 11, 2007 Order is suspended; and it is further

ORDERED that these proceedings are stayed until the filing of the joint stipulation of dismissal on August 5, 2008.

ENTERED this \_\_\_\_ day of _____, 200\_\_\_.

_____
The Honorable Henry Coke Morgan, Jr.
United States District Judge

**SEEN AND AGREED:**

_____
R. Scott Caulkins (VSB No. 23584)
Lee E. Goodman (VSB No. 31695)
Joanna L. Faust (VSB No. 72930)
LECLAIRRYAN, A Professional Corporation
225 Reinekers Lane, Suite 700
Alexandria, Virginia 22314
(703) 684-8007 (Telephone)
(703) 684-8075 (Fax)
scott.caulkins@leclairryan.com
*Counsel for Plaintiff The University of Northern Virginia*

**SEEN AND AGREED:**

_____
Michael C. Gartner (VSB No. 41463)
Kenneth J. Ingram (VSB No. 21293)
WHITEFORD, TAYLOR & PRESTON, LLP
3190 Fairview Park Drive, Suite 300
Falls Church, Virginia 22042
(703) 573-1217 (Telephone)
(703) 573-1287 (Fax)
mgartner@wtplaw.com
*Counsel for Defendant Accrediting Council of Independent Colleges and Schools*