IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

THE UNIVERSITY OF NORTHERN )
VIRGINIA, INC., )
 )
    Plaintiff, )
 )
v. )  1:07cv1057 (LMB)
 )
ACCREDITING COUNCIL FOR )
INDEPENDENT COLLEGES AND SCHOOLS, )
 )
    Defendant. )

<u>ORDER</u>

The parties have submitted a Joint Motion to Stay the Proceedings ("Joint Motion") [27]. The judge assigned to this civil action should decide whether a stay until August 5, 2008 is appropriate. However, the parties appear to need an immediate resolution of their request to stay the briefing scheduling imposed on December 11, 2007. To avoid unnecessary attorney's fees, that portion of the Joint Motion is GRANTED, and it is hereby

ORDERED that the briefing schedule be and is STAYED until further order of the Court, and it is further

ORDERED that all other relief requested in the Joint Motion be and is referred to Judge Liam O'Grady.

Entered this 28th day of December, 2007.

                          /s/
                          Leonie M. Brinkema
                          United States District Judge

Alexandria, Virginia