UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

FILED
JAN - 7 2008
CLERK, U.S. DISTRICT COURT
NORFOLK, VA

THE UNIVERSITY OF )
NORTHERN VIRGINIA, INC. )
)
        Plaintiff, )
v. )
)
)   Civil Action No. 1:07cv1057
)
ACCREDITING COUNCIL FOR )
INDEPENDENT COLLEGES AND )
SCHOOLS )
)
        Defendant. )
)

## ORDER

This matter is before the Court on the joint motion of the Plaintiff, The University of Northern Virginia ("UNVA"), and the Defendant, Accrediting Council of Independent Colleges and Schools ("ACICS") to stay the proceedings before this Court. Doc. 27. It appearing that both parties are in agreement and good cause exists to grant the general relief sought, it is **ORDERED** that this case be removed from the active docket of this Court. This case shall be dismissed with prejudice unless a motion to reinstate it is filed by August 5, 2008.

In addition, the Court **ORDERS** the preliminary injunction entered on November 13, 2007 is continued through August 5, 2008. The briefing schedule set forth in the Court's December 11, 2007 Order is **SUSPENDED**. Defendant's Motion to Dismiss is hereby **WITHDRAWN**. All exhibits attached to any pleadings or filings other than the Complaint shall be withdrawn by the parties within thirty (30) days of the entry of this Order.

-1-

It is additionally **ORDERED** that the cash bond securing the preliminary injunction in the amount of $75,000.00 posted by UNVA on November 14, 2007 be reduced to $100.00. It is further **ORDERED** that the Clerk refund the sum of $74,900.00 to counsel for UNVA, LeClair Ryan PC, for distribution as agreed by the parties. The Court shall retain jurisdiction of this action for the purpose of considering a motion to reinstate and to enforce the terms of the settlement agreed upon by the parties.

The Clerk is **REQUESTED** to send a copy of this Order to all counsel of record.

It is so **ORDERED**.

/s/
Henry Coke Morgan, Jr.
Senior United States District Judge

HENRY COKE MORGAN, JR.
SENIOR UNITED STATES DISTRICT JUDGE

Norfolk, Virginia
January 7, 2008

WE ASK FOR THIS.

_____
Counsel for Plaintiffs
UNIVERSITY OF NORTHERN VIRGINIA

Rodney Scott Caulkins
LeClair Ryan PC
225 Reinekers Lane
Suite 700
Alexandria, VA 22314
Telephone: (703) 647-5945


_____
Counsel for Defendants
ACCREDITING COUNCIL FOR INDEPENDENT COLLEGES AND SCHOOLS

Michael Curtis Gartner
Whiteford Taylor & Preston LLP
3190 Fairview Park Dr
Suite 300
Falls Church, VA 22042
Telephone: (703) 573-1217