UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division


FILED
AUG 27 2008
CLERK, U.S. DISTRICT COURT
NORFOLK, VA

**THE UNIVERSITY OF
NORTHERN VIRGINIA, INC.,**

    **Plaintiff,**

v.

                    Civil Action No. 1:07cv1057

**ACCREDITING COUNCIL FOR
INDEPENDENT COLLEGES AND
SCHOOLS,**

    **Defendant.**

### ORDER

On January 7, 2008, the Court stayed the above captioned case until August 5, 2008. Either party was given the right to file a motion to reinstate the case by that date. As no such motion has been filed, the Court **DISMISSES** this action with prejudice. It is further **ORDERED** that the Clerk refund to the plaintiff's counsel the remaining $100 cash bond posted by the plaintiff.

The Clerk is **REQUESTED** to send a copy of this Order to all counsel of record.

-1-

It is so **ORDERED**.

　　　　　　　　　　　　　　　　　　　　　／s／
　　　　　　　　　　　　　　　　　**Henry Coke Morgan, Jr.**
　　　　　　　　　　　　　　　　　**Senior United States District Judge**


　　　　　　　　　　　　　　　HENRY COKE MORGAN, JR.
　　　　　　　　　　　　　　　SENIOR UNITED STATES DISTRICT JUDGE

Norfolk, Virginia
August 23, 2008